IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RICHARD OTTO HANSEN, | |
|---|---|
| Plaintiff, | 8:19CV202 |
| vs. | |
| JANA M. CHASE, in her individual capacity, and in her official capacity as a Community Services Coordinator of Community Action Partnership of Mid-Nebraska; | MEMORANDUM AND ORDER |
| Defendant. | |

On February 18, 2020, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 26th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge