IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD OTTO HANSEN, <br><br> Plaintiff, <br><br> vs. <br><br> JANA M. CHASE, in her individual capacity, and in her official capacity as a Community Services Coordinator of Community Action Partnership of Mid-Nebraska; <br><br> Defendant. | **8:19CV202** <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 17.) Plaintiff filed a Notice of Appeal (filing no. 11) on April 27, 2020. Plaintiff appeals from the court's Memorandum and Order and Judgment dated March 26, 2020 (filing nos. 9 & 10), in which the court dismissed this matter without prejudice. The court entered an order permitting Plaintiff to proceed in forma pauperis on appeal on April 28, 2020 (filing no. 13), and Plaintiff's appeal has been processed and transmitted to the Eighth Circuit Court of Appeals. Accordingly,

IT IS ORDERED that:

1.  Plaintiff's Motion for Leave to Appeal in Forma Pauperis (filing no. 17) is denied as moot.

2.  The clerk of the court is directed to transmit a copy of Plaintiff's Motion for Leave to Appeal in Forma Pauperis (filing no. 17) and this

memorandum and order to the Eighth Circuit Court of Appeals as a supplement to his notice of appeal.

Dated this 6th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge
